UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL CROSS,

    Petitioner

v.                               CIVIL NO. 3:CV-12-1418

JEFFREY THOMAS,            (Judge Kosik)

    Respondent

FILED SCRANTON JUL 3 0 2012 PER ___ DEPUTY CLERK

## ORDER

**NOW, THIS 30th DAY OF JULY, 2012,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **dismissed** for lack of jurisdiction.

2. The Clerk of Court is directed to **close this case**.

                                       /s/ Edwin M. Kosik
                                         EDWIN M. KOSIK
                                         United States District Judge