UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUL 3 0 2012
PER ___
DEPUTY CLERK

PAUL CROSS,                              :
      Petitioner                        :
                                        :
v.                                       : CIVIL NO. 3:CV-12-1418
                                        :
JEFFREY THOMAS,                          : (Judge Kosik)
                                        :
      Respondent                        :

## ORDER

**NOW, THIS 30th DAY OF JULY, 2012,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **dismissed** for lack of jurisdiction.

2. The Clerk of Court is directed to **close this case**.

                                                  EDWIN M. KOSIK
                                                  United States District Judge